Morris H. Garfunkle, Appellant, v. Ira Haupt and Others, Respondents.— The action is to recover $7,550 paid by plaintiff to defendants for certain stock and is based upon plaintiff's claim that he rescinded the contract. Order granting defendants' motion for judgment dismissing the complaint unanimously affirmed, with twenty dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint within twenty days after service of order, upon payment of said costs and the costs awarded to the defendants by the order appealed from. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

Lina Picture Corporation, Respondent, v. Principal Distributing Corporation, Appellant.— Order, so far as appealed from, granting plaintiff's motion to strike out the first and second separate defenses and the counterclaim in the answer for insufficiency, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

G. B. Seely's Son, Inc., Respondent, v. 635 West Fifty-fourth Street Corporation, Defendant, Impleaded with Fidelity and Deposit Company of Maryland, Appellant.— The action is brought on two bonds executed by defendant 635 West Fifty-fourth Street Corporation, as principal, and defendant Fidelity and Deposit Company of Maryland, as surety, and plaintiff, the lessee of the building referred to in said bonds, seeks to recover damages for its non-completion. Order denying motion of defendant-appellant for judgment on the pleadings unanimously modified by granting the motion for judgment on the pleadings to the extent of dismissing the first cause of action, and as so modified affirmed, without costs. Appeal from order denying motion for resettlement dismissed. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

Louis L. Cage, as Executor, etc., of Isaac Wiseman, Deceased, Substituted Party Plaintiff in Place and Stead of Isaac Wiseman, Deceased, Respondent, v. Fannie Rosenberg, Appellant.—Action for an accounting of upwards of $30,000 alleged to have been turned over by decedent to his sister in trust for him between 1925 and 1930. Interlocutory judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.; O'Malley, J., dissents and votes to reverse and grant a new trial on the counterclaim.

Temple Construction Corporation, Respondent, v. Louis Keil, Appellant. —Action to recover damages for the conversion of certain building equipment. Order granting plaintiff's motion to strike out first separate and affirmative defense contained in defendant's answer as insufficient, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

Simon Grenis and Grenis Brothers Incorporated of Newburgh, N. Y., Appellants, v. The Prudential Insurance Company of America, Respondent. —Action to recover disability benefits under a policy of life insurance and for the waiver of premiums. Order denying plaintiffs' motion to strike out the first separate and complete defense, and the second separate and complete defense and counterclaim in the amended answer, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ. [154 Misc. 867.]